

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00017-CV

Stand for Something Group Live, LLC d/b/a The Rail Club Live, et al.
v.
Greg Abbott, as Governor of Texas; Texas Alcoholic Beverage Commission; and The State of Texas

On Appeal from the
200th District Court of Travis County, Texas
Trial Court Cause No. D-1-GN-20-004403

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the appeal should be dismissed in part and the judgment of the trial court should be affirmed in part. The Court orders the appeal DISMISSED IN PART and the judgment of the trial court AFFIRMED IN PART. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

October 20, 2022